**FILED**

MAR 2 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN HEINZ,<br><br>    Defendant. | No. CR 05-70935-PVT<br><br>[~~PROPOSED~~] ORDER TO CONTINUE PRELIMINARY HEARING OR INDICTMENT DATE AND TO EXCLUDE TIME |

The parties have jointly requested to continue the date set for preliminary hearing or indictment, GOOD CAUSE APPEARING, and with the Defendant's consent, IT IS HEREBY ORDERED that the date presently set for preliminary hearing or indictment, March 23, 2006, is continued to April 20, 2006 at 9:30 a.m. before the Honorable Patricia V. Trumbull. IT IS FURTHER ORDERED that the period of time from March 23 to April 20, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: March 23, 2006

_____
HOWARD R. LLOYD
United States Magistrate Judge

1  Distribute to:

2
   Angela M. Hansen
3  Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Jeffrey Nedrow
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26